IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON JONES,<br><br>    Plaintiff,<br><br>vs.<br><br>RON BARNES, Acting Warden;<br>GLORIA CURCIO, Parole Agent; A.<br>SILVER, Commissioner; DOES 1-10,<br><br>    Defendants. | No. C 09-1648 JSW (PR)<br><br>ORDER OF DISMISSAL<br><br>(Docket No. 2) |

On April 15, 2009, Plaintiff filed a *pro se* civil rights action in this Court. Along with his complaint, Plaintiff submitted a note that he would be sending a certificate of funds back to the Court separately. On the same day that the complaint was filed, the Court sent a notification to Plaintiff informing him that he had neither paid the filing fee nor submitted a complete application for leave to proceed in forma pauperis. The Court specifically notified Plaintiff that he did not include a Certificate of Funds in Prisoner's Account completed and signed by an officer of the institution or a trust account statement showing transactions for the last six months (docket no. 3). The Court provided a copy of the correct in forma pauperis application, along with a return envelope, and a notification that the case would be dismissed if Plaintiff failed to pay the fee or file the completed application within thirty days.

More than thirty days has passed and Plaintiff has not responded to the Court's notice or independently provided the necessary financial information. Accordingly, this case is DISMISSED without prejudice for failure to pay the filing fee and Petitioner's

1 | motion is DENIED as incomplete (docket no. 2).  The Clerk shall close the file and enter
2 | judgment in this matter.

     IT IS SO ORDERED.

DATED: October 8, 2009

_____
JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JASON JONES,

        Plaintiff,

  v.

RON BARNES et al,

        Defendant.

Case Number: CV09-01648 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 8, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jason Jones
F23430
P.O. Box 2400
Susanville, CA 96127

Dated: October 8, 2009

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk